Robert E.L. Bonaparte, OSB #883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB #036013
Email: stephen@bonaparte-leggatt.com
Bonaparte & Leggatt, LLC
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005
   *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RONNA FUJISAWA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN STRATEGIC INSURANCE CORP.,<br><br>    Defendant. | Case No. 3:24-cv-01488-SI<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has been fully compromised and settled between them and the same may be dismissed with prejudice and without attorney fees and costs.

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated December 18, 2024.

| BONAPARTE & LEGGATT, LLC | MB LAW GROUP, LLP |
|---|---|
| /s/ Stephen D. Leggatt | /s/ Michael A. Yoshida |
| Stephen D. Leggatt, OSB No. 036013 | Michael A. Yoshida, OSB No. 065631 |
| Email: stephen@bonaparte-leggatt.com | E-mail: myoshida@mblglaw.com |
| Robert E.L. Bonaparte, OSB No. 883411 | MB LAW GROUP, LLP |
| Email: bob@bb-law.net | 117 SW Taylor Street, Suite 200 |
| BONAPARTE & LEGGATT, LLC | Portland, OR 97204 |
| One SW Columbia Street, No. 460 | *Of Attorneys for Defendant* |
| Portland, OR 97204 | |
| *Of Attorneys for Plaintiff* | |

## ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED:  December 19, 2024

[signature]
United States District Court Judge

**Presented by:**

BONAPARTE & LEGGATT, LLC

 /s/ Stephen D. Leggatt
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
*Of Attorneys for Plaintiff*